1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  DARCIE M. PENCE,

11              Plaintiff,

CASE NO. 12-cv-05492 BHS

ORDER ADOPTING REPORT AND
RECOMMENDATION

12          v.

13  MICHAEL J. ASTRUE, Commissioner of
    the Social Security Administration,

14
                Defendant.
15

16      The Court, having reviewed the Report and Recommendation of Judge J. Richard

17  Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand

18  Pursuant to Sentence Six, 42 U.S.C. § 405(g) (ECF No. 12), and the relevant record, does hereby

19  find and ORDER:

20      (1)     The Court adopts the Report and Recommendation.

21      (2)     The matter is REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) to the

22              Commissioner for a *de novo* hearing;

23      (3)     This Court retains jurisdiction over this action;

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) After remand, the Commissioner of Social Security shall modify or affirm the Commissioner's findings of fact or the Commissioner's decision, or both, and shall file with the Court any such additional or modified findings of fact and decision;

(5) If the outcome still is not fully favorable to Plaintiff, the Commissioner shall file with the Court a transcript of the additional record and testimony on which the Commissioner's action in modifying or affirming is based, and plaintiff may seek judicial review by reinstating this case rather than by filing a new complaint; and

(6) If the outcome is favorable to Plaintiff, the parties shall move this Court for entry of Judgment.

Dated this 21st day of August, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge